SUZANNE L. MARTIN
Nevada Bar 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendants,*
*FORMATION NATION, INC. d/b/a INC AUTHORITY*
*and LEGALZOOM.COM, INC.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TYCHO ROBERTSON,<br><br>Plaintiff,<br><br>vs.<br><br>FORMATION NATION, INC. (d/b/a INC AUTHORITY), and LEGALZOOM.COM, INC.,<br><br>Defendants. | CASE NO.: 3:25-cv-00474-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[ECF No. 19] |

IT IS HEREBY STIPULATED between Plaintiff Tycho Robertson ("Plaintiff") and Defendants Formation Nation, Inc. d/b/a Inc Authority ("Formation Nation") and LegalZoom.com, Inc. ("LegalZoom"), (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the response deadline for Defendants to respond to Plaintiff's Complaint.

Plaintiff completed service the Summons and Complaint on Formation Nation on March 19, 2026; by operation of Federal Rule of Civil Procedure, Rule 12, Formation Nation has until April 9, 2026 to file a response to Plaintiff's Complaint.

Plaintiff completed service of the Summons and Complaint on LegalZoom on March 30, 2026; by operation of Federal Rule of Civil Procedure, Rule 12, LegalZoom has until April 20, 2026 to file a response to Plaintiff's Complaint.

///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

The Parties hereby agree that for purposes of filing multiple responses to Plaintiff's Complaint, **the deadline for Defendants to file their response to Plaintiff's Complaint shall be extended for Formation Nation, to April 20, 2026, the deadline for LegalZoom to file its response.**

This is the first request for an extension of time for Defendants to respond to Plaintiff's Complaint. It is not sought for purposes of delay, but rather to efficiently manage the resources of the parties and the Court.

IT IS SO STIPULATED:

DATED this 1st day of April, 2026.

DATED this 1st day of April, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Tycho Robertson
_____
Tycho Robertson
9350 Double R Blvd., Apt. 2914
Reno, NV 89521

*In Pro Per*

/s/ Suzanne L. Martin
_____
Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants,*
*Formation Nation, Inc. d/b/a Inc Authority,*
*and LegalZoom.com, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

April 1, 2026
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800