SUZANNE L. MARTIN
Nevada Bar 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendants,*
*FORMATION NATION, INC. d/b/a INC AUTHORITY*
*and LEGALZOOM.COM, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TYCHO ROBERTSON,<br><br>            Plaintiff,<br><br>vs.<br><br>FORMATION NATION, INC. (d/b/a INC AUTHORITY), and LEGALZOOM.COM, INC.,<br><br>            Defendants. | CASE NO.: 3:25-cv-00474-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[ECF No. 22] |

IT IS HEREBY STIPULATED between Plaintiff Tycho Robertson ("Plaintiff") and Defendants Formation Nation, Inc. d/b/a Inc Authority ("Formation Nation") and LegalZoom.com, Inc. ("LegalZoom"), (collectively, "Defendants"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the response deadline for Defendants to respond to Plaintiff's Complaint.

Plaintiff completed service the Summons and Complaint on Formation Nation on March 19, 2026; by operation of Federal Rule of Civil Procedure, Rule 12, Formation Nation has until April 9, 2026 to file a response to Plaintiff's Complaint.

Plaintiff completed service of the Summons and Complaint on LegalZoom on March 30, 2026; by operation of Federal Rule of Civil Procedure, Rule 12, LegalZoom had until April 20, 2026 to file a response to Plaintiff's Complaint.

///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

1

The Parties hereby agree that for purposes of filing multiple responses to Plaintiff's Complaint, the deadline for Defendants to file their response to Plaintiff's Complaint shall be extended to April 27, 2026.

This is the second request for an extension of time for Defendants to respond to Plaintiff's Complaint.    This additional time is necessary given the detailed allegations and length of the Complaint, which is comprised of 164 single-spaced paragraphs, and is 39 pages long.    This request is not sought for purposes of delay, but rather to efficiently manage the resources of the parties and the Court.

IT IS SO STIPULATED:

DATED this 15th day of April, 2026.          DATED this 15th day of April, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Tycho Robertson                                /s/ Suzanne L. Martin
Tycho Robertson                                    Suzanne L. Martin
9350 Double R Blvd., Apt. 2914                     Nevada Bar No. 8833
Reno, NV  89521                                    10801 W. Charleston Blvd., Suite 500
                                                   Las Vegas, NV  89135
In Pro Per

Attorneys for Defendants,
Formation Nation, Inc. d/b/a Inc Authority,
and LegalZoom.com, Inc.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

April 16, 2026
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE:  702.369.6800

2