Suzanne Martin, Bar No. 8833
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.7741
Facsimile: 702.973.4974
slmartin@littler.com

Attorney for Defendants
FORMATION NATION, INC.;
INC AUTHORITY, LLC; and
LEGALZOOM.COM, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYCHO ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>FORMATION NATION, INC.; INC AUTHORITY, LLC; and LEGALZOOM.COM, INC.,<br><br>Defendants. | Case No. 3:25-cv-00474-CLB<br><br>**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEYS** |

Pursuant to Local Rule IA 11-6(c), Suzanne L. Martin, Esq. with the law firm of Littler Mendelson, P.C., hereby notifies this Court of the change of representation of Defendants, FORMATION NATION, INC.; INC AUTHORITY, LLC; and LEGALZOOM.COM, INC. for the above-captioned matter and hereby makes an appearance on its behalf. The law firm of Littler Mendelson, P.C. hereby substitutes in the place and stead of Ogletree Deakins as attorneys of record for Plaintiff.

/ / /

/ / /

/ / /

In filing this notice, Defendants' current law firm of record, Ogletree Deakins, and Defendants' new law firm of record, Littler Mendelson, P.C., hereby consent to the aforementioned change of counsel in the above-entitled action.

Dated: September 4, 2026

/s/ ***Courtney Lee, Esq.***
Courtney Lee, Esq.
OGLETREE DEAKINS

Defendants, FORMATION NATION, INC.; INC AUTHORITY, LLC; and LEGALZOOM.COM, INC. hereby consents to the law firm of Littler Mendelson, P.C. as its attorney of record in the above-entitled action in the place and stead of Ogletree Deakins.

Dated: September 4, 2026

/s/ ***Carrie Flynn***
Carrie Flynn, Sr. Dir., Head of Litigation

I hereby consent to the above substitution.

Dated: September 4, 2026

LITTLER MENDELSON, P.C.

***/s/ Suzanne L. Martin, Esq.***
Suzanne Martin

Attorney for Defendants
FORMATION NATION, INC.;
INC AUTHORITY, LLC; and
LEGALZOOM.COM, INC.

**ORDER**

Having reviewed and approved the Stipulation for Substitution of Attorneys, IT IS HEREBY GRANTED.

Dated: September 8, 2026

UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
501 W. Broadway,
Suite 900
San Diego, California
92101.3577
619.232.0441