**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TYCHO ROBERTSON, Plaintiff, v. FORMATION NATION, INC., INC AUTHORITY, LLC, and LEGALZOOM.COM, INC., Defendants. | Case No. 3:25-CV-00474-CLB **ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER** [ECF No. 53] |

Currently pending before the Court is Defendants Formation Nation, Inc., Authority, LLC, and Legalzoom.com, Inc.'s ("Defendants") Motion for Protective Order. (ECF No. 53.) Plaintiff Tycho Robertson's ("Plaintiff") filed a response to the motion, (ECF No. 57), and Defendants replied, (ECF No. 59). Having considered the above, the Court grants Defendants' Motion for protective order. (ECF No. 53.)

Federal Rule of Civil Procedure 26(c)(1) provides that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1). The Rule specifically authorizes protective orders "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(1)(G). To establish good cause, the party seeking the protective order must demonstrate that "specific prejudice or harm will result if no protective order is granted." *Phillips v. GMC*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

The Court finds that good cause exists to protect the exchange of confidential, proprietary, non-public information and documents between the Defendants and Plaintiff.[1]

---

[1] The Court adopts the proposed protective order filed by the Defendants. However, the Court will only retain jurisdiction over the terms of this protective order while the case is pending.

Specifically, documents related to non-party employees, investigative files, personnel files, financial information and any other documents related to business operations require protection.

For the reasons above, the Court **GRANTS** the Defendants' Motion for protective order, (ECF No. 53.)

**IT IS SO ORDERED**.

**DATED**: September 21, 2026.

**UNITED STATES MAGISTRATE JUDGE**